**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 24-14004-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JOHN HENRY ALEXANDER,**

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard Following Change of Plea Hearing [ECF No. 54]. On October 16, 2024, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 49] during which Defendant pled guilty to the sole Count of the Indictment [ECF No. 3] pursuant to a written plea agreement and factual proffer [ECF Nos. 50, 51]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole Count of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 3]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 54] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **John Henry Alexander** as to the sole Count of the Indictment is **ACCEPTED**.

3. Defendant **John Henry Alexander** is adjudicated guilty of the sole Count of the Indictment which charges him with, distribution of methamphetamine, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(B) [ECF No. 3].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 19th day of November 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record